387 A.2d 111

Commonwealth v. Trumbauer, Appellant.

Argued December 14, 1977. Wallace C. Worth, Jr., for appellant; Salvador J. Salazar, Assistant District Attorney, and John E. Gallagher, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.